# Third District Court of Appeal

## State of Florida

Opinion filed December 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1754
Lower Tribunal No. 20-9950

_____

**Milan Schultheis,**
Appellant,

vs.

**Christina Fano Schultheis,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Easley Appellate Practice, PLLC, and Dorothy F. Easley; Richard A. Schurr, P.A., and Richard A. Schurr and C. Francesca Corallo, for appellant.

Perez-Abreu & Martin-Lavielle, P.A., and Javier Perez-Abreu and Ana-Maria Mejer, for appellee.

Before LINDSEY, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.